**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00459-CV

### IN THE INTEREST OF S.G. AND A.G., CHILDREN

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-53787**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed May 18, 2018. On March 22, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.